# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAMONTE J. BERTUCCI, SR.,<br><br>　　　　　Defendant. | 8:19CR213<br><br>ORDER |

This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Lamonte J. Bertucci, Sr. (Filing No. 19). Julie B. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Julie B. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 19) is granted.

Michael J. Lehan, 2804 South 87th Avenue, Omaha, Nebraska 68124, (402) 397-9559, is appointed to represent Lamonte J. Bertucci, Sr. for the balance of these proceedings pursuant to the Criminal Justice Act. Julie B. Hansen shall forthwith provide Michael J. Lehan with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to Mr. Bertucci's defense.

The clerk shall provide a copy of this order to Michael J. Lehan.

**IT IS SO ORDERED.**

Dated this 9th day of August, 2019.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge